STATE EX REL. FRAZIER *v.*
JUDGE OF ALLEN CIRCUIT COURT.

[No. 29,100. Filed October 7, 1953.]

*Willie Frazier, pro se.*

PER CURIAM.—The relator apprearing *pro se,* files verified petition for writ of mandate to compel certain action by the Allen County Circuit Court. The relief sought relates to a proceeding in an inferior court, but wholly fails to comply with the requirements of Rule 2-35.

The issuance of the writ is denied.

NOTE.—Reported in 114 N. E. 2d 640.